JACOB M. HARPER (State Bar No. 259463)
  jacobharper@dwt.com
JAMES H. MOON (SBN 268215)
  jamesmoon@dwt.com
KAILA R. HARTER (State Bar No. 324016)
  kailaharter@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
THE KROGER CO. and RALPHS GROCERY COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNOLDS HARTWICH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE KROGER CO. and RALPHS GROCERY COMPANY, a division of the Kroger Company,<br><br>Defendants. | Case No. 8:20-cv-1253<br><br>**NOTICE OF LODGING OF [PROPOSED] FINAL JUDGMENT**<br><br>Assigned to the Hon. Josephine L. Staton<br><br>Ctrm. 10A<br><br>Action Filed: July 14, 2020 |

NOTICE OF LODGING

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1     **PLEASE TAKE NOTICE** that Defendants Kroger Co. and Ralphs Grocery Company (collectively, Defendants) hereby lodge the attached [Proposed] Final Judgment in accordance with the Court's order dated September 20, 2021

DATED: September 24, 2021      DAVIS WRIGHT TREMAINE LLP

By: */s/ Jacob M. Harper*
    Jacob M. Harper

*Attorneys for Defendants The Kroger Company and Ralphs Grocery Company*

NOTICE OF LODGING      2

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899