UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNOLDS HARTWICH, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>THE KROGER CO. and RALPHS GROCERY COMPANY, a division of the Kroger Company,<br><br>    Defendants. | Case No. 8:20-cv-1253-JLS (DFMx)<br><br>**FINAL JUDGMENT** |

Following this Court's September 20, 2021, order dismissing all of Plaintiff Reynolds Hartwich's ("Plaintiff") claims against Defendants The Kroger Co. and Ralphs Grocery Company (collectively, "Defendants") with prejudice, the Court hereby enters judgment pursuant to Federal Rule of Civil Procedure 58(a) as follows:

**IT IS SO ORDERED AND ADJUDGED THAT:**

1. Judgment is entered in favor of Defendants and against Plaintiff;
2. Plaintiff shall take nothing as against Defendants; and
3. Pursuant to Federal Rule of Civil Procedure 54(d)(1) and Local Rules 54-2 and 54-3, Defendants are entitled to recover their costs incurred in this action.

DATED: October 01, 2021

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE